Exhibit 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-134

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Witch Card

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 05, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092240

Page 1 of 2



© Laura Diehl - LDiehl.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-093

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title
      **Title of Work:** Cozy Read

## Completion/Publication
   **Year of Completion:** 2019
  **Date of 1st Publication:** October 31, 2019
 **Nation of 1st Publication:** United States

## Author
      • **Author:** Laura Elizabeth Diehl
   **Author Created:** 2-D artwork
     **Citizen of:** United States

## Copyright Claimant
  **Copyright Claimant:** Laura Elizabeth Diehl
        42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
       **Name:** Laura Elizabeth Diehl
       **Email:** laura@ldiehl.com
     **Address:** 42860 Nashua ST
           Ashburn, VA 20147 United States

## Certification
       **Name:** David Denholm
        **Date:** September 22, 2023
 **Applicant's Tracking Number:** LD2023092211



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-115

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

## Title _____

| | |
|---|---|
| **Title of Work:** | Lantern Cat |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | July 29, 2019 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092221 |

Page 1 of 2



© Laura Diehl - LDiehl.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-121

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title _____

Title of Work: Triton's Trumpet

## Completion/Publication _____

Year of Completion: 2019
Date of 1st Publication: June 21, 2019
Nation of 1st Publication: United States

## Author _____

- Author: Laura Elizabeth Diehl
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant _____

Copyright Claimant: Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions _____

Name: Laura Elizabeth Diehl
Email: laura@ldiehl.com
Address: 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification _____

Name: David Denholm
Date: September 22, 2023
Applicant's Tracking Number: LD2023092238



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-365-491**

**Effective Date of Registration:**
October 06, 2023
**Registration Decision Date:**
October 12, 2023

---

## Title

**Title of Work:** Owlways

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 23, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Laura Elizabeth Diehl
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** October 06, 2023
**Applicant's Tracking Number:** LD2023100601



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-107

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Amber Tiger Butterfly

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 30, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092201



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-063

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Autumn Leap |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | November 22, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092202 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-070

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Autumn's Quilt

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 16, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092203



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-084

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:**  Baby Bulb

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 20, 2023
**Nation of 1st Publication:** United States

## Author

**Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092204



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-085

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Bluebell Badger

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 29, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092205



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-088

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023



---

## Title
 

       **Title of Work:** Blueberry Wizard

## Completion/Publication
 

     **Year of Completion:** 2021
   **Date of 1st Publication:** August 05, 2021
  **Nation of 1st Publication:** United States

## Author
 

          **Author:** Laura Elizabeth Diehl
     **Author Created:** 2-D artwork
       **Citizen of:** United States

## Copyright Claimant
 

    **Copyright Claimant:** Laura Elizabeth Diehl
                 42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
 

           **Name:** Laura Elizabeth Diehl
            **Email:** laura@ldiehl.com
        **Address:** 42860 Nashua ST
                   Ashburn, VA 20147 United States

## Certification
 

           **Name:** David Denholm
             **Date:** September 22, 2023
  **Applicant's Tracking Number:** LD2023092206



© Laura Diehl - LDiehl.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-089

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Bluebird Moon

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 05, 2022
**Nation of 1st Publication:** United States

## Author

**Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092207

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-090

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Breath of Stars |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | January 15, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Laura Elizabeth Diehl |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Laura Elizabeth Diehl |
| Email: | laura@ldiehl.com |
| Address: | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | September 22, 2023 |
| Applicant's Tracking Number: | LD2023092208 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-091

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Butterfly Dreams |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | August 11, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092209 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-092

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

## Title
_____

**Title of Work:** Cosmic Christmas

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** December 15, 2021
**Nation of 1st Publication:** United States

## Author
_____

**Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
_____

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification
_____

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092210



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-094

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Dandelion Owl |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | May 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092212 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-095

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

## Title

|  |  |
|---|---|
| **Title of Work:** | Dormouse Doze |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 08, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092213 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-096

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Fairy Circle |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | August 29, 2023 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Laura Elizabeth Diehl |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Laura Elizabeth Diehl |
| Email: | laura@ldiehl.com |
| Address: | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | September 22, 2023 |
| Applicant's Tracking Number: | LD2023092214 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-099

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Fox Stairs

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 17, 2019
**Nation of 1st Publication:** United States

## Author

· **Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092215



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-100

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title
**Title of Work:** Frozen Kiss

## Completion/Publication
**Year of Completion:** 2020
**Date of 1st Publication:** February 14, 2020
**Nation of 1st Publication:** United States

## Author
- **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification
**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092216

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-372-101

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title
_____

Title of Work: Galaxy Bubbles

## Completion/Publication
_____

Year of Completion: 2023
Date of 1st Publication: May 25, 2023
Nation of 1ˢᵗ Publication: United States

## Author
_____

• Author: Laura Elizabeth Diehl
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
_____

Name: Laura Elizabeth Diehl
Email: laura@ldiehl.com
Address: 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification
_____

Name: David Denholm
Date: September 22, 2023
Applicant's Tracking Number: LD2023092217



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-116

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

      **Title of Work:** Golden Hart

## Completion/Publication

    **Year of Completion:** 2022
  **Date of 1st Publication:** October 18, 2022
 **Nation of 1st Publication:** United States

## Author

       **Author:** Laura Elizabeth Diehl
   **Author Created:** 2-D artwork
     **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Laura Elizabeth Diehl
         42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

      **Name:** Laura Elizabeth Diehl
      **Email:** laura@ldiehl.com
    **Address:** 42860 Nashua ST
         Ashburn, VA 20147 United States

## Certification

       **Name:** David Denholm
        **Date:** September 22, 2023
 **Applicant's Tracking Number:** LD2023092218



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-111

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Hydrangea Dream |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 22, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
|  | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
|  | Ashburn, VA 20147 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092219 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-114

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title
 

**Title of Work:** Inner Radiance

## Completion/Publication
 

**Year of Completion:** 2019
**Date of 1st Publication:** March 01, 2019
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
 

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification
 

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092220



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-132

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Little Koz Moon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 26, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092223 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-131

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

        **Title of Work:**  Little Koz Star

## Completion/Publication

    **Year of Completion:**  2020
  **Date of 1st Publication:**  June 26, 2020
  **Nation of 1ˢᵗ Publication:**  United States

## Author

          **Author:**  Laura Elizabeth Diehl
    **Author Created:**  2-D artwork
       **Citizen of:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Laura Elizabeth Diehl
            42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

        **Name:**  Laura Elizabeth Diehl
        **Email:**  laura@ldiehl.com
     **Address:**  42860 Nashua ST
             Ashburn, VA 20147 United States

## Certification

        **Name:**  David Denholm
         **Date:**  September 22, 2023
  **Applicant's Tracking Number:**  LD2023092224



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-130

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Little Koz Sun |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | June 26, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Laura Elizabeth Diehl |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Laura Elizabeth Diehl |
| Email: | laura@ldiehl.com |
| Address: | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | September 22, 2023 |
| Applicant's Tracking Number: | LD2023092225 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-117

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title
 

    **Title of Work:** Little Koz

## Completion/Publication
 

    **Year of Completion:** 2020
    **Date of 1st Publication:** June 04, 2020
    **Nation of 1ˢᵗ Publication:** United States

## Author
 

    • **Author:** Laura Elizabeth Diehl
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant
 

    **Copyright Claimant:** Laura Elizabeth Diehl
    42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
 

    **Name:** Laura Elizabeth Diehl
    **Email:** laura@ldiehl.com
    **Address:** 42860 Nashua ST
    Ashburn, VA 20147 United States

## Certification
 

    **Name:** David Denholm
    **Date:** September 22, 2023
    **Applicant's Tracking Number:** LD2023092222



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-147

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Luck Monster

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 06, 2020
**Nation of 1st Publication:** United States

## Author

**Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092226

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-146

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title
           **Title of Work:**  Momma Starry Bard

## Completion/Publication
        **Year of Completion:**  2019
   **Date of 1st Publication:**  April 16, 2019
  **Nation of 1st Publication:**  United States

## Author
               **Author:**  Laura Elizabeth Diehl
      **Author Created:**  2-D artwork
          **Citizen of:**  United States

## Copyright Claimant
   **Copyright Claimant:**  Laura Elizabeth Diehl
                     42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
                **Name:**  Laura Elizabeth Diehl
               **Email:**  laura@ldiehl.com
           **Address:**  42860 Nashua ST
                     Ashburn, VA 20147 United States

## Certification
                **Name:**  David Denholm
                 **Date:**  September 22, 2023
**Applicant's Tracking Number:**  LD2023092227



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-372-112**

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Moonlit Mice |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 26, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092228 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-113

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Orange Mage

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 06, 2023
**Nation of 1st Publication:** United States

## Author

● **Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092229

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-110

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

   **Title of Work:** Pansy Owl

## Completion/Publication

   **Year of Completion:** 2019
  **Date of 1st Publication:** May 07, 2019
 **Nation of 1st Publication:** United States

## Author

     **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Laura Elizabeth Diehl
        42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

     **Name:** Laura Elizabeth Diehl
     **Email:** laura@ldiehl.com
    **Address:** 42860 Nashua ST
        Ashburn, VA 20147 United States

## Certification

     **Name:** David Denholm
     **Date:** September 22, 2023
 **Applicant's Tracking Number:** LD2023092230



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-133

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023



---

## Title

| | |
|---|---|
| **Title of Work:** | Peach Witch |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 22, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092231 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-126

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Prairie Girl

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 19, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Laura Elizabeth Diehl
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092232



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-123

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Pumpkin Witch

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 29, 2021
**Nation of 1st Publication:** United States

## Author

● **Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092233

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-129

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

**Title of Work:** Read Away Reef

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 21, 2023
**Nation of 1st Publication:** United States

## Author

• **Author:** Laura Elizabeth Diehl
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions

**Name:** Laura Elizabeth Diehl
**Email:** laura@ldiehl.com
**Address:** 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification

**Name:** David Denholm
**Date:** September 22, 2023
**Applicant's Tracking Number:** LD2023092234

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-120

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

## Title
_____

Title of Work: Sand Dollar

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: May 31, 2019
Nation of 1st Publication: United States

## Author
_____

• Author: Laura Elizabeth Diehl
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Laura Elizabeth Diehl
42860 Nashua ST, Ashburn, VA, 20147, United States

## Rights and Permissions
_____

Name: Laura Elizabeth Diehl
Email: laura@ldiehl.com
Address: 42860 Nashua ST
Ashburn, VA 20147 United States

## Certification
_____

Name: David Denholm
Date: September 22, 2023
Applicant's Tracking Number: LD2023092235

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-118

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Starlit Nest |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | April 12, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Laura Elizabeth Diehl |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Laura Elizabeth Diehl |
| Email: | laura@ldiehl.com |
| Address: | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | September 22, 2023 |
| Applicant's Tracking Number: | LD2023092236 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-372-119

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

## Title

| | |
|---|---|
| **Title of Work:** | To The Moon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | May 01, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Laura Elizabeth Diehl |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092237 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-372-135

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Winter's Procession |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 16, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Laura Elizabeth Diehl |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Elizabeth Diehl |
| | 42860 Nashua ST, Ashburn, VA, 20147, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Elizabeth Diehl |
| **Email:** | laura@ldiehl.com |
| **Address:** | 42860 Nashua ST |
| | Ashburn, VA 20147 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2023 |
| **Applicant's Tracking Number:** | LD2023092239 |

